UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL DOCKET NO.: 3:01CR202-3-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| PAUL BERNARD SUTTA, ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the Court upon receipt of a "Second Supplement To The Presentence Report" with reference to the above captioned criminal matter.

Defendant was sentenced on March 31, 2005. At the time of sentencing, the Court authorized a ninety (90) day delay for purposes of determining additional victims and restitution amounts. Judgment was entered on June 9, 2005. The Judgment indicated that the total amount of restitution had not been determined and that an addendum would be forthcoming. After further investigation by U.S. Probation, it is appropriate to increase the amount of restitution owed by $379,186.78. Therefore, the total restitution due is **$13,664,460.26**.[1]

**IT IS, THEREFORE, ORDERED** that the Deputy Clerk shall prepare an **Amended Judgment** reflecting the total amount of restitution due and including the Second Supplement To The Presentence Report, dated June 21, 2005, as an attachment to the Amended Judgment.

---

[1] Counsel both agree that since the restitution amount is not disputed by Defendant Sutta, there is no need for a second sentencing hearing prior to entry of an Amended Judgment.

1

**IT IS FURTHER ORDERED** that the Deputy Clerk shall forward a copy of this Order to the U.S. Marshal's Service, U.S. Attorney, U.S. Probation, Defense Counsel, and Defendant.

**Signed: June 27, 2005**

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge